DISMISS; Opinion issued October 9, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00311-CV

### JOYCE DAVIDSON, Appellant

### V.

### DELANO GORDON AND DENISE GORDON, Appellees

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-07840-D

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Bridges

By letter dated April 13, 2012, we directed appellant Joyce Davidson to file a letter brief addressing our jurisdiction over this appeal as we were unable to determine from the record before us whether her March 5, 2012 notice of appeal from the trial court's December 9, 2011 judgment for possession was timely. We explained in our letter that generally, a notice of appeal must be filed within thirty days from the date of judgment. TEX. R. APP. P. 26.1. We explained further that the record reflected she had filed for bankruptcy, and that the automatic bankruptcy stay had been lifted February 17, 2012. The record, however, did not reflect the date the bankruptcy petition had been filed. Because a bankruptcy suspends all periods in the appellate rules from the date bankruptcy is filed until the stay is lifted and a period that began to run and had not expired at the time the

bankruptcy was filed begins anew when the stay has been lifted, the date she had filed for bankruptcy was necessary. *See* TEX. R. APP. P. 8.2, 8.3. We directed Davidson to file her letter brief by April 23, 2012. Davidson failed to comply, and we sent her another letter directing her again to file a letter brief. We cautioned her that, unless the brief was filed by September 6, 2012, we would dismiss the appeal without further notice. *See* TEX. R. APP. P. 42.3(c). To date, no brief or other correspondence has been filed with the Court. Accordingly, we dismiss the appeal. *See id.*

DAVID L. BRIDGES
JUSTICE

120311F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOYCE DAVIDSON, Appellant

No. 05-12-00311-CV          V.

DELANO    GORDON    AND    DENISE
GORDON, Appellees

Appeal from the County Court at Law No. 4 of Dallas County, Texas. (Tr.Ct.No. CC-11-07840-D).

Opinion delivered by Justice Bridges, Justices Richter and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees Delano Gordon and Denise Gordon recover their costs, if any, of this appeal from appellant Joyce Davidson.

Judgment entered October 9, 2012.


DAVID L. BRIDGES
JUSTICE